Black *v.* Hobart Trust Co.

---

CHARLES C. BLACK, receiver, &c., complainant,

*v.*

HOBART TRUST COMPANY et al., defendants and respondents.

[Filed November 16th, 1903.]

On appeal of William McKenzie.

*Mr. Addison Ely,* for the appellant.

*Mr. J. Herbert Potts,* for the respondents.

PER CURIAM.

The decree appealed from is affirmed, for the reasons given by Vice-Chancellor Pitney, in his opinion filed in the court of chancery, and reported in *19 Dick. Ch. Rep. 415.*

*For affirmance*—THE CHIEF-JUSTICE, VAN SYCKEL, DIXON, GARRISON, FORT, GARRETSON, HENDRICKSON, PITNEY, SWAYZE, BOGERT, VOORHEES, VROOM, GREEN, GRAY—14.

*For reversal*—None.